# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL ACTION NO. 10-390-03 |
| **v.** | : | CIVIL ACTION NO. 12-3267 |
| **RASHINE BROOKS** | : | |

## ORDER

**AND NOW**, this 13th day of March, 2013, upon consideration of the Pro Se Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence (Document No. 78), the government's response (Document No. 80), it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that there is no probable cause to issue a certificate of appealability.

                                                  /s/Timothy J. Savage
                                                TIMOTHY J. SAVAGE,  J.